**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| I.J. JORDAN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HATTIE JORDAN,<br><br>　　　　　　　　　Defendant. | Case No. 2:10-cv-00883-GMN-PAL<br><br>**REPORT OF FINDINGS**<br>**AND RECOMMENDATION**<br><br>(IFP App - Dkt. #1) |

　　　Plaintiff I.J. Jordan is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1) on June 9, 2010. This proceeding was referred to this court by Local Rule IB 1-9.

　　　Plaintiff has submitted the affidavit required by § 1915(a), but it appears that Plaintiff does not qualify to proceed *in forma pauperis.* Plaintiff's Application represents that he has $24,000.00 in a checking or savings account, that he owns his home for which he paid $16,000.00 as well as two Porsche cars valued at $12,000.00. Plaintiff lists only approximately $400 in monthly expenses. Plaintiff's cash on hand well exceeds his expenses, and he does not qualify to proceed *in forma pauperis*.

///
///
///
///
///
///
///

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Application to Proceed *In Forma Pauperis* be DENIED and Plaintiff's Complaint be DISMISSED unless Plaintiff pays the $350.00 filing fee for this action on or before **August 23, 2010.**

Dated this 22nd day of July, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within ten (10) days of the date of service of the findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.