# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| I.J. JORDAN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HATTIE H. JORDAN,<br><br>　　　　　　　　　Defendant. | Case No. 2:10-cv-00883-GMN-PAL<br><br>**ORDER** |

This matter is before the court on the court's review of the docket in this case. Plaintiff filed an Application to Proceed *In Forma Pauperis* (Dkt. #1), which the court reviewed. A Report of Findings and Recommendation (Dkt. #3) was entered, finding that Plaintiff did not qualify to proceed *in forma pauperis* and recommending dismissal of Plaintiff's Complaint unless Plaintiff paid the $350.00 filing fee on or before August 23, 2010. Plaintiff paid the filing fee on July 28, 2010. *See* Receipt of Payment, Dkt. #4.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. The Clerk of Court shall file the Complaint and issue summons to Plaintiff.
2. Plaintiff shall serve the summons and Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is advised that, pursuant to Rule 4(m), service of the summons and Complaint must be made within 120 days.

Dated this 10th day of February, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE