UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| I.J. JORDAN, | ) | |
| | ) | Case No.: 2:10-cv-00883-GMN-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HATTIE H. JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court for consideration is the Report of Findings and Recommendation (ECF No. 12) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered April 19, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leen's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint be **DISMISSED**, for failure to comply with the Court's previous Orders.

DATED this 12th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge