# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I.J. JORDAN, | ) |
| | ) Case No.: 2:10-cv-00883-GMN-PAL |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) |
| HATTIE H. JORDAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pending before the Court is Plaintiff's Motion for Reconsideration (ECF No. 16) filed on March 14, 2013.  Plaintiff filed his Complaint (ECF No. 7) on February 11, 2011; however, Plaintiff failed to file anything else until March 14, 2013.  An Order requiring Plaintiff to comply with Local Rule 7.1-1 was mailed to him via the U.S. Postal Service on March 1, 2011 (ECF No. 9).  However, the mail was returned as undeliverable on March 8, 2011 (ECF No. 10).  Thereafter on March 22, 2011, an Order to Show Cause (ECF No. 11) was issued with a response deadline of April 4, 2011.  On April 19, 2011, Magistrate Judge Peggy A. Leen filed a Report of Findings and Recommendation (ECF No. 12) recommending dismissal of Plaintiff's Complaint, which was mailed to Plaintiff.  However, on May 4, 2011, the Report of Findings and Recommendation was also returned as undeliverable (ECF No. 13).

On July 12, 2011, United States District Judge Gloria M. Navarro ACCEPTED the Findings and Recommendation of Magistrate Judge Peggy A. Leen and a Clerk's Judgment  was entered on July 13, 2011 (ECF No. 15).  Now, some twenty (20) months later, on March 14, 2013, Plaintiff files a two page Motion for the District Judge to Reconsider the Clerk's Judgment (ECF No. 15).

Federal Rules of Civil Procedure, Rule 60(b), provides the grounds for relief from a final

Judgment or Order.  The Plaintiff has failed to demonstrate that sanctions less drastic than dismissal are available because Plaintiff has willfully refused to comply with multiple Court Orders and the Local Rules of Practice.  Furthermore, a motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) of Rule 60(b) **no more than a year after the entry of the judgment or order**.  Plaintiff has failed to demonstrate why twenty (20) months is a reasonable length of time.

Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration (ECF No. 16) is **DENIED**.

**DATED** this 1st day of October, 2013.

_____
Gloria M. Navarro
United States District Judge